No. 10-7142. Antonio Maurice Delk, Petitioner v. Minnesota.

562 U.S. 1146, 131 S. Ct. 920, 178 L. Ed. 2d 768, 2011 U.S. LEXIS 393.

January 10, 2011. Petition for writ of certiorari to the Court of Appeals of Minnesota denied.

Same case below, 781 N.W.2d 426.

No. 10-7146. Roberto Gonzales Garcia, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

562 U.S. 1146, 131 S. Ct. 921, 178 L. Ed. 2d 768, 2011 U.S. LEXIS 579.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 10-7147. John Gray, Petitioner v. Maryland.

562 U.S. 1146, 131 S. Ct. 921, 178 L. Ed. 2d 768, 2011 U.S. LEXIS 524.

January 10, 2011. Petition for writ of certiorari to the Circuit Court of Maryland, Baltimore City, denied.

No. 10-7148. Jason Gold, Petitioner v. Linda Schuette.

562 U.S. 1146, 131 S. Ct. 921, 178 L. Ed. 2d 768, 2011 U.S. LEXIS 334.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-7151. Dontay Gibson, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.

562 U.S. 1146, 131 S. Ct. 921, 178 L. Ed. 2d 768, 2011 U.S. LEXIS 404.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-7154. Ernesto Gonzales, Petitioner v. Texas.

562 U.S. 1146, 131 S. Ct. 921, 178 L. Ed. 2d 768, 2011 U.S. LEXIS 582.

January 10, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

Same case below, 313 S.W.3d 840.

No. 10-7155. Elwood Patrick Hopkins, Petitioner v. David DiGuglielmo, Superintendent, State Correctional Institution at Graterford, et al.

562 U.S. 1146, 131 S. Ct. 921, 178 L. Ed. 2d 768, 2011 U.S. LEXIS 59.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 10-7158. Alfred L. Stone, Petitioner v. Elizabeth Stenz, et al.

562 U.S. 1146, 131 S. Ct. 922, 178 L. Ed. 2d 768, 2011 U.S. LEXIS 448.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.